IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  |
|---|---|---|
| BENITA MAY CASAS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3244 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Filing No. 2. The Court has carefully reviewed the request and affidavit in support and finds the motion should be granted.

    THEREFORE, IT IS ORDERED THAT plaintiff's motion to proceed in forma pauperis, Filing No. 2, is granted.

DATED this 1st day of December, 2009.

                      BY THE COURT:

                      s/ Joseph F. Bataillon
                      Chief United States District Judge