# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BENITA MAY CASAS, | ) | Case. No. 4:09CV3244 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING** |
| | ) | **EXTENSION OF TIME** |
| MICHAEL J. ASTRUE, | ) | **TO FILE INITIAL BRIEF** |
| COMMISSIONER OF THE SOCIAL | ) | |
| SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Plaintiff's Motion for Extension of Time in which to file her Initial Brief.  This Motion is unopposed.

IT IS ORDERED:

The Plaintiff's Motion for Extension of Time in which to file Plaintiff's Initial Brief is granted.

Plaintiff shall file her brief on or before April 5, 2010.

DATED this ___8th___ day of ___March___, 2010.

BY THE COURT:

_____
United States District Judge