IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BENITA MAY CASAS                  )
                                  )
                Plaintiff,        )          4:09CV3244
                                  )
        v.                        )
                                  )
MICHAEL J. ASTRUE, Commissioner   )          MEMORANDUM AND ORDER
of the Social Security Administration  )
                                  )
                Defendant.        )
                                  )

This matter is before the court on plaintiff's motion for payment of attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 and 42 U.S.C. § 406(b), of the Social Security Act (the "Act"). Filing No. 30. Plaintiff seeks EAJA attorney fees in the amount of $2,916.68. Filing No. 30. In addition, plaintiff requests recovery for paralegal and law clerk time based on 33.80 hours at the rate of $25.00 per hour for paralegal 1 and 2, $15.00 for paralegal 3, and $20.00/$35.00 per hour for law clerk 1 (February 2010 at $20.00 and February 2011 at $35.00) in the amount of $683.75, for a total of $3,600.43. Filing No. 30.

The defendant has no objection to the amount requested. Filing No. 33. Plaintiff states that she does not have any outstanding debts with the United States and requests that any EAJA fee she receives be made payable directly to her attorney.[1] Therefore, EAJA fees are payable to plaintiff, but are subject to offset to satisfy any pre-existing debt that the litigant owes to the United States. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

---

[1] "It is understood that if a fee is awarded based on the present Application, and that if payment of an attorney's fee by Plaintiff is authorized under 42 U.S.C. 406(b), and that if both fees are actually paid to and received by Counsel for Plaintiff, the smaller of the two fees will be refunded to Plaintiff." Filing No. 30.

The court finds the plaintiff is entitled to an award pursuant to 42 U.S.C. § 405(g) as a prevailing party in this action.  *See Shalala v. Schaefer*, 509 U.S. 292, 302 (1993). The court further finds that the request is reasonable as to hourly amount and hours spent. Payment in the amount of $3,600.43 shall be paid directly to attorney Stephen Speicher with the understanding that any payment of the attorney fees by the claimant pursuant to 42 U.S.C. § 406(b) will be reduced by the amount of the fee authorized under the EAJA and will be reduced by any qualifying offset.

IT IS ORDERED that plaintiff's motion for payment of attorney fees, Filing No. 30, is granted.  Payment in the amount of $3,600.43, minus any authorized deductions, shall be paid directly to attorney Stephen Speicher as set forth herein.

DATED this 17th day of June, 2011.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.